**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>MICHELLE A WILLIAMS<br>STEPHEN R WILLIAMS<br>    Debtor(s) | Case No. 11-33573 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2011.

2) The plan was confirmed on 10/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 03/17/2015.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $35,620.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $97,983.00 |
| Less amount refunded to debtor | $85.00 |

**NET RECEIPTS:** $97,898.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $980.52 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,513.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,493.78

Attorney fees paid and disclosed by debtor:   $2,519.48

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACMC PHYSICIAN SERIVCES | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 99.99 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 152.58 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 92.47 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 92.47 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 152.58 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 782.10 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 15.68 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 652.92 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 887.96 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 154.77 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 154.77 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 152.58 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 763.04 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES MNGT | Unsecured | 983.37 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORP | Unsecured | 526.13 | NA | NA | 0.00 | 0.00 |
| ALSIP DENTAL | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| ALSIP DENTAL | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ALSIP DENTAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 827.12 | 1,064.04 | 1,064.04 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,139.04 | 752.12 | 752.12 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 389.70 | 1,447.04 | 1,447.04 | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 703.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 16.60 | NA | NA | 0.00 | 0.00 |
| BEGINNING READERS PROGRAM | Unsecured | 32.92 | NA | NA | 0.00 | 0.00 |
| BIELINKSI DERMATOLOGY GROUP I | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTER VISION | Unsecured | 17.98 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 975.21 | 1,009.28 | 1,009.28 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 57.64 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CHRIST MEDICAL CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 760.00 | 470.00 | 470.00 | 0.00 | 0.00 |
| CITY OF HARVEY | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MARKHAM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE COMPANY | Unsecured | 36.56 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,162.25 | 1,512.94 | 1,512.94 | 0.00 | 0.00 |
| CONSULTANT IN PATHOLOGY | Unsecured | 6.87 | NA | NA | 0.00 | 0.00 |
| COUNTRY CLUB HILLS FIRE DEPT | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| CTR FOR SURG/BREAST HLT | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| DAILY SOUTHTOWN | Unsecured | 3.22 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP | Unsecured | 3,960.70 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 196.67 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| EASTERN SAVINGS BANK | Secured | 80,000.00 | 89,007.98 | 0.00 | 60,368.46 | 0.00 |
| EASTERN SAVINGS BANK | Secured | 27,721.00 | 32,271.19 | 32,271.19 | 28,185.76 | 0.00 |
| EASTERN SAVINGS BANK | Unsecured | 24,086.00 | NA | NA | 0.00 | 0.00 |
| EBO A BIOMET COMPANY | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVES OFFICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| EZ TEL | Unsecured | 388.11 | NA | NA | 0.00 | 0.00 |
| FAMILY EYE PHYSICIANS | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | | NA | NA | NA | 0.00 | 0.00 |
| FINGERHUT/ASSET ACCEPTANCE LL | Unsecured | 981.45 | NA | NA | 0.00 | 0.00 |
| HANDYMAN CLUB OF AMERICA | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,754.00 | NA | NA | 0.00 | 0.00 |
| HEALTY TEETH BEAUTIFUL SMILE | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| HIGH TECH MEDICAL PARK | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| IL COLLECTION SERVICE INC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| IL COLLECTION SERVICES INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL DEPT OF CORRECTIONS | Unsecured | 1,131.84 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF TRANSPORTATION | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 586.46 | 586.46 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| JEANNETTE ISRAEL MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICES | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| K & S MUSIC INC | Unsecured | 2,059.50 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MITCHELL N KAY | Unsecured | 258.24 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES INC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MERCANTILE ADJUSTMENT BUREAU | Unsecured | 983.37 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,872.79 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 247.37 | 2,069.14 | 2,069.14 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSO | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOCIATES | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORAL SURGERY | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MUNCIPAL COLLECTION SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NICKELODEON MAGAZINE | Unsecured | 39.95 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,333.42 | 3,348.39 | 3,348.39 | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 24.38 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK DENTAL SPECIALIST | Unsecured | 55.62 | NA | NA | 0.00 | 0.00 |
| PALISADES | Unsecured | 1,323.52 | 490.49 | 490.49 | 0.00 | 0.00 |
| PALISADES | Unsecured | 636.17 | 833.03 | 833.03 | 0.00 | 0.00 |
| PALISADES COLLECTIONS | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| PALOS HEIGHTS ENDODONTICS | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 602.50 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIX OBSTETRIX MED GROUP | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| PENTAGROUP FINANCIAL LLC | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,040.21 | 1,040.21 | 1,040.21 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 456.92 | 456.92 | 456.92 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 617.16 | 617.16 | 0.00 | 0.00 |
| PRARIE EMERGENCY SERVICES SC | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 432.44 | 432.44 | 432.44 | 0.00 | 0.00 |
| PROFESSIONAL ACCNT MANAGEME | Unsecured | 126.64 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 2,188.03 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 805.61 | NA | NA | 0.00 | 0.00 |
| PSYCHOLOGICAL FITNESS CENTER | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 17.37 | NA | NA | 0.00 | 0.00 |
| PURCHASED RECEIVABLES | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PUZZLEMANIA | Unsecured | 11.06 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 51.80 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 97.86 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MGMT | Unsecured | 150.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 62.05 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Unsecured | 269.09 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Unsecured | 29.64 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CTR | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 365.96 | NA | NA | 0.00 | 0.00 |
| SCHECK & SIRESS PROSTHETICS | Unsecured | 8.78 | NA | NA | 0.00 | 0.00 |
| SCHECK & SIRESS PROSTHETICS | Unsecured | 12.73 | NA | NA | 0.00 | 0.00 |
| SOUND & SPIRIT | Unsecured | 2.96 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LAB PHYSICIAN | Unsecured | 189.90 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SOUTHWEST ORAL SURGEONS | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL & HEALTH C | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM MUTUAL AUTO | Unsecured | 10,118.30 | 10,118.30 | 10,118.30 | 0.00 | 0.00 |
| THE GOOD COOK BOOK CLUB | Unsecured | 62.05 | NA | NA | 0.00 | 0.00 |
| THE MONEY MARKET | Unsecured | NA | 778.32 | 778.32 | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Secured | 3,850.00 | 6,250.00 | 3,850.00 | 3,850.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | 4,810.54 | 3,297.47 | 5,697.47 | 0.00 | 0.00 |
| TOM VAUGHN, CHAPTER 13 TRUSTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY LP | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 7,655.80 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 939.04 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS ADVANCE CARE | Unsecured | 41.77 | NA | NA | 0.00 | 0.00 |
| WASHU PARTNERS CALUMET CITY | Unsecured | 806.99 | NA | NA | 0.00 | 0.00 |
| WASHU PARTNERS CALUMET CITY | Unsecured | 570.43 | NA | NA | 0.00 | 0.00 |
| WHOS WHO AMONG STUDENTS | Unsecured | 73.43 | NA | NA | 0.00 | 0.00 |
| WOLPOFF & ABRAMSON LLP | Unsecured | 953.65 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $60,368.46 | $0.00 |
| Mortgage Arrearage | $32,271.19 | $28,185.76 | $0.00 |
| Debt Secured by Vehicle | $3,850.00 | $3,850.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$36,121.19** | **$92,404.22** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,923.75** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,493.78 |
| Disbursements to Creditors | $92,404.22 |
| **TOTAL DISBURSEMENTS** : | **$97,898.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/09/2015     By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**